This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                          **NO. A-1-CA-36772**

**KEISEAN A.,**

Child-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**John J. Romero, Jr., District Judge**

Hector H. Balderas, Attorney General
Marko David Hananel, Assistant Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Santa Fe, NM
Chelsea Van Deventer, Assistant Public Defender
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**VIGIL, Judge.**

{1}     Child-Appellant Keisean A. (Child) appeals from the district court's judgment and disposition entered following Child's conditional plea. [RP 51, 52; DS 1] Child raised the central contention the district court erred in denying Child's motion to dismiss based on expiration of the time limit for trial of a child in custody. [DS 3-4] This Court issued a notice proposing to summarily reverse. [CN 1, 4] The State filed a response indicating it will not file a memorandum in opposition to our notice of proposed disposition. Therefore, based on the reasons set forth in this Court's notice of proposed disposition, we reverse.

**IT IS SO ORDERED.**


_____
**MICHAEL E. VIGIL, Judge**


**WE CONCUR:**


_____
**LINDA M. VANZI, Chief Judge**


_____
**EMIL J. KIEHNE, Judge**